**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| **ALFONSO JOSE VILLALOBOS PIRELA,** | : | **Case No. 1:26-cv-462** |
| | : | |
| | : | |
| **Petitioner,** | : | **District Judge Matthew W. McFarland** |
| | : | **Magistrate Judge S. Courter M. Shimeall** |
| **vs.** | : | |
| | : | |
| **WARDEN, BUTLER COUNTY JAIL,** *et al.*, | : | |
| | : | |
| **Respondents.** | : | |

---

### DEFICIENCY ORDER

---

Petitioner, Alfonso Jose Villalobos Pirela, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241.  The total filing fee due in this habeas corpus action is $5.00.  Observing that Mr. Pirela had not paid the $5.00 filing fee or submitted a motion to proceed *in forma pauperis*, and that his submission omitted a civil cover sheet, a Notice of Deficiency was issued directing Mr. Pirela to correct these issues.  (Doc. 2).

In response, Mr. Pirela submitted a $10 check and a civil cover sheet.  (*See* May 8, 2026 docket note and Doc. 4).  Mr. Pirela's $10.00 check was returned to him because it did not reflect the correct $5.00 filing fee for this case.

Mr. Pirela has partially complied with the previously entered Notice of Deficiency by submitting a cover sheet.  (Doc. 4).  But this case may not proceed until Mr. Pirela either pays the $5.00 filing fee or seeks leave to proceed without payment of fees.  Mr. Pirela is therefore **ORDERED** to either pay the $5.00 filing fee or file a motion for leave to proceed without payment of fees **WITHIN THIRTY (30) DAYS** of the date of this Order.

Mr. Pirela is advised that failure to comply with this Order may result in the dismissal of this action for want of prosecution.  Should he need additional time to comply with this Order he must file a motion for extension of time.

**THE CLERK OF COURT IS DIRECTED** to submit to petitioner an Application and Affidavit By Incarcerated Person to Proceed Without Prepayment of Fees form.

**IT IS SO ORDERED.**

*/s/ S. Courter M. Shimeall*
**S. COURTER M. SHIMEALL**
**UNITED STATES MAGISTRATE JUDGE**

2