**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| **ALFONSO JOSE VILLALOBOS PIRELA,** | : | **Case No. 1:26-cv-462** |
| **Petitioner,** | : | **District Judge Matthew W. McFarland**<br>**Magistrate Judge S. Courter M. Shimeall** |
| **vs.** | : | |
| **WARDEN, BUTLER COUNTY JAIL, *et al.*,**<br>**Respondents.** | : | |

## DEFICIENCY ORDER

Petitioner, Alfonso Jose Villalobos Pirela, brings this action for a writ of habeas corpus under 28 U.S.C. § 2241. In response to a prior Deficiency Order, he has now paid the $5.00 filing fee necessary to commence this action. (Doc. 7). However, Petitioner has failed to sign either the Petition or the supplement filed in support of the Petition. (*See* Docs. 1, 6).

Pursuant to Fed. R. Civ. P. 11, every pleading, written motion, and other paper shall be signed by the party if not represented by counsel. Further, 28 U.S.C. § 2242 specifies that an "application for a writ of habeas corpus shall be in writing signed and verified by the person for whose relief it is intended or by someone acting in his behalf." In this case, the Petition and Supplemental Petition (Docs. 1, 6) are signed by Petitioner's mother, Johani Pirela de Villalobos. It does not appear that Johani Pirela de Villalobos is an attorney licensed to practice law in this Court. Johani Pirela de Villalobos has likewise not been shown to have authority to act as a "next friend" of Petitioner. *See Tate v. United States*, 72 F. App'x 265, 266 (6th Cir. 2003) (setting forth requirements for a putative "next friend" and stating that the "putative next friend must clearly

establish 'the propriety of [her] status' in order to 'justify the jurisdiction of the court'" (quoting *Whitmore v. Arkansas*, 495 U.S. 149, 164 (1990))). Therefore, Johani Pirela De Villalobos cannot appear on Petitioner's behalf.

Accordingly, the **Clerk of Court** is **DIRECTED** to return a copy of the Petition and Supplemental Petition (Docs. 1, 6) to Petitioner. Should Petitioner wish to proceed with this case, Petitioner is **ORDERED** to sign both documents and return them to the **Clerk of Court** within **thirty (30) days** of the date of this Order.

Petitioner is advised that failure to respond to this Order within the requisite 30-day period may result in the case being dismissed for lack of prosecution. Should Petitioner need additional time to comply with this Order, he should file a motion for extension of time.

**IT IS SO ORDERED.**

*/s/ S. Courter M. Shimeall*
**S. COURTER M. SHIMEALL**
**UNITED STATES MAGISTRATE JUDGE**